IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD RAY BREDFIELD,             No. CIV S-07-2563-FCD-CMK-P

    Petitioner,

  vs.                                ORDER

PEOPLE OF THE STATE OF

CALIFORNIA,

    Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an application to proceed in forma pauperis or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee.

        Turning to petitioner's petition, petitioner has not named the correct respondent. "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994); see also Rule 2(a), Federal Rules Governing Section 2254 Cases. Because petitioner has

not named the appropriate state officer, the petition must be dismissed with leave to amend to name the correct respondent.  See Stanley, 21 F.3d at 360.

Petitioner is warned that failure to comply with this order may result in the dismissal of this action.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's petition for writ of habeas corpus is dismissed with leave to amend;

2. Petitioner shall file an amended petition on the form employed by this court, and which names the proper respondent and states all claims and requests for relief, within 30 days of the date of this order;

3. Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, or the appropriate filing fee; and

4. The Clerk of the Court is directed to send petitioner the court's form habeas corpus application and form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: December 5, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE