IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY BREDFIELD, | No. CIV S-07-2563-FCD-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |
| _____/ | |

     Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for leave to proceed in forma pauperis (Doc. 6).  Also pending are separate amended petitions (Docs. 5 and 7).

     Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor. Petitioner's request for leave to proceed in forma pauperis will be granted.

/ / /

/ / /

Regarding the separate amended petitions submitted by petitioner, on December 6, 2007, the court directed petitioner to file an amended petition which names as the respondent the warden of the prison where is currently incarcerated. Neither of the amended petitions, however, complies with this order. The amended petition submitted on December 18, 2007, names "State of California" as respondent; the amended petition submitted on January 2, 2008, names "Superior Court of Siskiyou County California" as respondent. Both amended petitions will be dismissed. Petitioner will be granted one more opportunity to submit an amended petition which names the correct respondent. Petitioner is cautioned that failure to comply will result in a recommendation that this action be dismissed. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that

1. Petitioner's motion for leave to proceed in forma pauperis (Doc. 6) is granted;

2. The amended petitions submitted on December 18, 2007, and January 2, 2008 (Docs. 5 and 7) are dismissed with leave to amend;

3. Within 30 days of the date of this order, petitioner shall file an amended petition on the form supplied by the court, such amended petition to name the correct respondent; and

4. The Clerk of the Court is directed to forward to petitioner this court's form for a § 2254 habeas corpus petition.

DATED: January 7, 2008

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE