IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD RAY BREDFIELD,                    No. CIV S-07-2563-FCD-CMK-P

    Petitioner,

  vs.                                                  ORDER

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an extension of time (Doc. 13) to file objections to findings and recommendations issued on February 4, 2008.  Good cause appearing therefor, the request will be granted.

        Petitioner is advised that, if he submits a completed habeas petition <u>which names the correct respondent</u> within the time provided by this order, the court will consider vacating the findings and recommendations and allowing this action to proceed.

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1.  Petitioner's motion for an extension of time (Doc. 13) is granted; and

3  2.  Petitioner may file objections within 30 days of the date of this order.

4

5  DATED: February 21, 2008

6

7  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE